Order issued September 11, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01045-CV

IMAGINE AUTOMOTIVE GROUP, INC., ET AL., Appellants

V.

BOARDWALK MOTOR CARS, LTD. D/B/A BOARDWALK
PORSCHE (FORMERLY THE PORSCHE STORE), ET AL., Appellees

## ORDER

The Court has before it appellant Len Critcher's August 31, 2012 motion for leave to late-file his brief. Although the motion states that the brief is tendered with the motion, no brief has been received by this Court. The Court therefore **GRANTS** the motion and **ORDERS** appellant Critcher to file his brief within two days of the date of this order. If appellant Critcher does not file his brief by that date, his appeal may be dismissed without further notice.



MOLLY FRANCIS
JUSTICE